**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| IN RE: | : |
| | :    Chapter 13 |
|    Alvin Smith | :    Case No 24-12224-amc |
| Debtor | : |
| | : |

---

**MOTION TO EXTEND TIME FOR THE DEBTOR TO FILE HIS SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS PURSUANT TO BANKRUPTCY RULE 1007(c)**

1. The above-captioned Chapter 13 Bankruptcy was filed on or about June 27, 2024, as an "emergency petition".

2. The remaining schedules are due to be filed by July 25, 2024.

3. Under Bankruptcy Rule 1007(c), the Debtor may obtain a further extension of the filing deadline for "cause" shown.

4. Additional information is required from the Debtor to properly complete the required statements and schedules.

5. The Debtor requests additional time to properly comply with the Bankruptcy Code to submit the required remaining documents.

WHEREFORE, Debtor respectfully requests the entry of an ORDER extending the time for filing the required documents to August 8, 2024.

| | |
|---|---|
| Date: July 24, 2024 | /s/ Brad J. Sadek_____ |
| | Brad J. Sadek, Esquire |
| | Attorney for Debtor |
| | 1500 JFK Boulevard, Suite 220 |
| | Philadelphia, PA 19102 |