IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Chapter 13 |
| Alvin Smith : | Case No 24-12224-amc |
| Debtor : | |
| : | |

O R D E R

AND NOW, this __26th__ day of __July_____, 2024, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before August 8, 2024.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE