**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br><br>Alvin Smith,<br><br>        Debtor | )<br>)<br>)<br>)<br>)<br>) | CASE NO.: 24-12224-AMC<br><br><br><br>CHAPTER 13 |

**OBJECTION OF ALLY BANK**
**TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN**

Ally Bank ("ALLY"), by and through its attorneys, Lavin, Cedrone, Graver, Boyd & DiSipio, files **Objection to Confirmation of Debtor's Proposed Plan** and states:

1. On July 02, 2021, Debtor Alvin Smith, entered into a Retail Installment Sales Contract with ALLY in the principal amount of $34,574.19 (the "Contract") that referred and related to the purchase of a 2018 BMW 3 Series Sedan 4D 330xi AWD 2.0L I, V.I.N. WBA8D9G57JNU68886 (the "Motor Vehicle").

2. The interest rate under the Contract is 13.6400% *per annum*.

3. To secure the Contract, Debtor Alvin Smith granted a first lien on the Motor Vehicle in favor of ALLY.

4. On June 27, 2024, Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code.

5. On July 31, 2024, Debtor filed a Proposed Plan (the "Plan").

6. The Chapter 13 Trustee has scheduled a Meeting of Creditors for September 13, 2024.

7. The plan lists the amount of the claim at $13,803.00 at 0.00% interest.

8. As of the June 27, 2024, the balance on Ally Bank Total claim was $26,019.94.

9. A proposed 0.000% interest rate is inconsistent with Till v. SCS Credit Corp., 541 U.S. 405 (2004).

10. The fair market value for the Motor Vehicle is $19,975.00. See attached Exhibit C.

11. ALLY is entitled to a secured claim of $19,975.00 at 10.50% interest over the life of the plan.

12.  For the foregoing reasons, ALLY objects to confirmation of the Plan.

WHEREFORE **Ally Bank**, respectfully requests this Honorable Court to deny confirmation of the Plan.

Respectfully submitted,

Lavin, Cedrone, Graver, Boyd & DiSipio

BY: */s/* Regina Cohen
Regina Cohen
State Bar #57272
Suite 500 190 North Independence Mall West
6th & Race Streets
Philadelphia, PA 19106
(215) 351-7551
Attorney for
Ally Bank

Dated: September 03, 2024