IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Alvin Smith | : | |
| | : | Case No. 24-12224-AMC |
| Debtor(s) | : | |

### MOTION TO DETERMINE VALUATION OF SECURED DEBT OF CREDITOR ALLY BANK

Debtor, Alvin Smith, by attorney Brad J. Sadek, makes the following Motion to Determine Valuation of Secured Debt held by Ally Bank and in support hereof states the following:

1. The Debtor filed this case under chapter 13 on June 27, 2024.

2. On July 2, 2021, the Debtor entered into a retail installment contract ("the Loan") for purchase of a 2018 BMW 3 Series, VIN WBA8D9G57JNU68886 ("the Car") for his personal use, which is assigned to Ally Bank ("the Creditor").

3. The Creditor filed Claim No. 15 in the total amount of $26,019.94, of which it purports $19,975.00 is secured by the Car. See Exhibit "A".

4. Because the Debtor and Creditor entered into the Loan before December 30, 2021, the secured component of Claim No. 15 can be crammed down to the Car's current value. 11 U.S.C. § 506(A)(2).

5. The current value of the Car is $13,795.00. See Exhibit "B".

6. The Court must determine that the value of the Car is $13,795.00 and that the secured component of Claim No. 15 must be paid accordingly.

7. The Court must also order that the secured component of Claim No. 3 must be paid at an interest rate of 10% consistent with Till v. SCS Credit Corp., 541 U.S. 465 (2004).

WHEREFORE, Debtor, by Attorney Brad J. Sadek, respectfully requests this Honorable Court enter an Order in the form of order attached.

| | |
|---|---|
| Dated: September 18, 2024 | /s/ Brad J. Sadek, Esquire <br> Brad J. Sadek, Esquire <br> Sadek Law Offices, LLC <br> 1500 JFK Boulevard, Suite #220 <br> Philadelphia, PA 19102 <br> brad@sadeklaw.com <br> 215-545-0008 |