# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 24-12224-AMC |
| ) | |
| Alvin Smith ) | Chapter 13 |
| Debtor. ) | |
| ) | |
| Ally Bank ) | |
| ) | |
| Claimant/Respondent, ) | |
| ) | |

## RESPONSE TO MOTION TO DETERMINE VALUE OF PROPERTY

AND NOW, Ally Bank ("Ally") by and through its counsel, Lavin, Cedrone, Graver, Boyd & DiSipio hereby responds to Debtor, Alvin Smith's Motion to Determine Value of Property (Doc. 23) and in support thereof avers the following:

1. In response to Debtor's paragraph (1), the Respondent admits the allegation.

2. In response to Debtor's paragraph (2), the Respondent admits the allegation.

3. In response to Debtor's paragraph (3), the Respondent admits the allegation.

4. In response to Debtor's paragraph (4), the Respondent admits the allegation.

5. In response to Debtor's paragraph (5), Respondent denies the allegation. The Vehicle's retail value is in fact $19,475.00.

6. In response to Debtor's paragraph (6), Respondent denies the allegation. Ally objects to the Debtor's proposed value of the Vehicle and submits that the Vehicle's retail value is $19,475.00. Attached hereto as Exhibit C is the NADA valuation for this Vehicle. Therefore, the Debtor must value the Vehicle $19,475.00.

7. In response to Debtor's paragraph (7), the Respondent denies the allegation. Interest rate shall be consistent with the ruling of Till v. SCS Credit Corp., 541 U.S. 465; 124 S. Ct. 1951 (2004), the required interest rate shall be prime rate 8.50% plus 2% risk factor.

WHEREFORE, Ally Bank hereby requests that Debtor's Motion be denied, and that the value of the vehicle be set at $19,475.00 at 10.50%.

Respectfully submitted,

Dated: 9/27/2024

Lavin, Cedrone, Graver, Boyd & DiSipio

/s/ Regina Cohen
Regina Cohen
State Bar #57272
Suite 500 190 North Independence Mall West
6th & Race Streets
Philadelphia, PA 19106
(215) 351-7551
Attorneys for Ally Bank