# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 24-12224-AMC |
| | ) | |
| Alvin Smith | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| Ally Bank | ) | |
| | ) | |
| Claimant/Respondent, | ) | |
| | ) | |

## **ORDER DENYING MOTION TO DETERMINE VALUE OF PROPERTY**

AND NOW, upon consideration of Debtor, Alvin Smith's Motion to Determine Value of Property and Ally Bank's Response thereto, it is hereby.

ORDERED, that Debtor's Motion to Determine Value of Property at $13,795.00 at 10.00% is hereby denied, and that the value of the Vehicle be set at $19,475.00 at 10.50%.

_____
Judge Ashely M. Chan
United States Bankruptcy Court