**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Alvin Smith,<br><br>                                   *Debtor*. | Case No. 24-12224-amc<br>Chapter 13 |

**Stipulation of Settlement of Motion to Determine Value of Property**
**and Objection to Confirmation of Plan**

**AND NOW**, Debtor Alvin Smith and Creditor Ally Bank, through their undersigned attorneys, state as follows:

**WHEREAS**, the Debtor filed a Motion to Determine Property (ECF No. 23) with respect to the value of the Debtor's 2018 BMW 3 Series, VIN WBA8D9G57JNU68886, which secures Claim No. 15;

**WHEREAS**, the Creditor opposed the Motion;

**WHEREAS**, the Creditor also filed an Objection to Confirmation of the Debtor's proposed Chapter 13 plan (ECF No. 22), disputing the proposed valuation and interest rate for the secured claim; and,

**WHEREAS**, notwithstanding the merits of their respective positions, the parties wish to resolve this matter without further litigation and have reached a mutually acceptable agreement.

**NOW, THEREFORE, BE IT STIPULATED:**

1. The recitals above are incorporated as if fully stated herein.

2. The value of the 2018 BMW 3 Series, VIN WBA8D9G57JNU68886 is $18,700.00.

3. Claim No. 15 is hereby bifurcated into a secured claim in the amount of $18,700.00 and an unsecured claim in the amount of $7,319.94.

4. The secured component of Claim No. 15 must be paid entirely through the Debtor's plan at the rate of 10.50%.

5. The Creditor must release the title of the 2018 BMW 3 Series, VIN WBA8D9G57JNU68886 upon completion of the trustee's payments to the Creditor.

6. This stipulation is null and void if it is not approved by the Court, if relief from the automatic stay is granted to the Creditor, or if this case is dismissed or converted to chapter 7.

7. The Parties agree to submit this Stipulation to the Court and request its entry as an order resolving both the Motion to Determine Property Value and the Objection to Confirmation.

Date: December 12, 2024   SADEK LAW OFFICES, LLC
*Attorney for Debtor*

By: /s/ Brad J. Sadek
    Brad J. Sadek, Esq.

Date: December 12, 2024   LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
*Attorney for Creditor*

By: /s/ Regina Cohen
    Regina Cohen, Esq.

Date: December 20, 2024   SCOTT F. WATERMAN
*Chapter 13 Standing Trustee*

By: /s/ Ann Swartz
    Ann Swartz, Esq.

## Order Approving Stipulation

**AND NOW**, upon consideration of the Stipulation of Settlement of Motion to Determine Property, it is hereby **ORDERED** that:

1. The stipulation is **APPROVED**.

2. All terms of the stipulation are incorporated in this Order as if fully stated herein.


Date: _____

                                        Ashely M. Chan
                                        Chief U.S. Bankruptcy Judge