**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Alvin Smith | : | Chapter 13 |
| | : | Case No.: 24-12224-AMC |
| Debtor | : | |

**O R D E R**

AND NOW, after consideration of the Motion to Approve Post Confirmation Distribution filed by the Debtor, with proper notice and opportunity for hearing, and for good cause shown, it is hereby ORDERED that:

1. The Motion is **GRANTED.**

2. The Settlement of the malpractice claim as described in the Motion is **APPROVED.**

3. The settlement proceeds must be distrusted as follows:
   a. Saffren & Weinberg, Attorney Fees and Costs $6,119.23

   b. Clearfield Chiropractic, Medical Bill $1,400.00

   c. Stat Imaging, Medical Bill $450.00

   d. Net proceeds to Debtor $7,030.77

4. Weisberg Law is authorized and directed to distribute the settlement proceeds as set forth above within fourteen days after receipt of funds or entry of this order, whichever is later.

5. The Debtor is authorized to retain the net settlement proceeds in the amount of $7,030.77, as the funds have been properly claimed as exempt property.

BY THE COURT:

Dated: Sept. 11, 2026

HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE